IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDIE BRANDY, Individually;<br><br>Plaintiff,<br><br>v.<br><br>SPEEDEE MART SHELL, DANCO VALENTINE S, LLC, and JOHN DOE 1 and 2 INCLUSIVE,<br><br>Defendants. | **8:16CV483**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered herein, judgment is entered in favor of the defendants and against the plaintiff.

Dated this 3rd day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge